1        UNITED STATES DISTRICT COURT

2        DISTRICT OF NEVADA

3

4   JESSICA MICHELLE BROWN,                      Case No. 2:23-00183-CDS-EJY

5                          Petitioner                 ORDER

6        v.                                      [ECF No. 1]

7   STATE OF NEVADA, *et al.*,

8                          Respondents

9

10        Petitioner Jessica Michelle Brown has submitted a *pro se* petition for writ of habeas

11   corpus pursuant to 28 U.S.C. § 2241. ECF No. 1-1. This habeas matter is before the court on

12   petitioner's application to proceed i*n forma pauperis*. ECF No. 1.

13        Under 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee

14   is required to initiate a habeas action in a federal district court. The court may authorize a

15   person to begin an action without prepaying fees and costs if the person demonstrates poverty

16   through an IFP application. A prisoner's IFP application must be submitted on the court's form

17   and include specific financial information: (1) a copy of the prisoner's account statement for the

18   six-month period prior to filing, (2) a financial certificate signed by the prisoner *and* an

19   authorized prison official, and (3) the prisoner's financial acknowledgement confirming under

20   the penalty of perjury that the financial information is true. 28 U.S.C. § 1915; LSR 1-1, LSR 1-2.

21        Here, petitioner has requested IFP status to waive her filing fee.  However, her

22   application is incomplete because she did not use the Court's approved application form.

23   Rather, petitioner used a form designed for a state court. Petitioner's IFP application lacks the

24   appropriate financial information and documentation required by § 1915(a) and the Local Rules

25   and is therefore denied without prejudice. She will have 45 days from the date of this order to

26   either pay the $5.00 filing fee or submit a complete IFP application with all required

27   attachments.

28

1        It is therefore ordered that petitioner Jessica Michelle Brown's application to proceed *in*

2  *forma pauperis* (ECF No. 1) is denied without prejudice.

3        The Clerk of Court shall retain, but not file at this time, the petition for writ of habeas

4  corpus (ECF No. 1-1), and send petitioner a blank IFP application for an inmate, instructions for

5  the same, and a courtesy copy of her application to proceed *in forma pauperis* (ECF No. 1).

6        It is further ordered that petitioner must file a complete IFP application within 45 days

7  from the date of this order which must include: (i) a financial certificate signed by petitioner *and*

8  an authorized prison official, (ii) petitioner's financial affidavit and acknowledgement, and (iii)

9  a statement of petitioner's inmate trust account for the six-month period prior to filing.

10  Alternatively, petitioner must pay the $5 filing fee within 45 days from the date of this order.

11        The initial screening of petitioner's petition under the Rules Governing Section 2254

12  Cases in the United States District Courts is deferred to until such time as she has fully

13  complied with this order.

14        Petitioner's failure to comply with this order by submitting a completed IFP application

15  with the required documents, or paying the filing fee, before the deadline will result in the

16  dismissal of the petition without prejudice and without further advance notice.

17        DATED: February 24, 2023

18

19                                                  _____

20                                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28